DAYLE ELIESON
United States Attorney
ROBERT A. KNIEF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6020
Robert.knief@usdoj.gov
Counsel for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JUAN ANTONIO ORDONEZ-FUNES,<br><br>　　　　Defendant. | CASE NO.: 2:18-mj-00688-GWF<br><br>STIPULATION TO CONTINUE<br>PRELIMINARY HEARING<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Kathryn Newman, counsel for Juan Antonio Ordonez-Funes, that the preliminary hearing, currently set for August 13, 2018, at the hour of 4:00 p.m., be vacated and continued for ten days, or to a date to be set at the Court's convenience.

This stipulation is entered into for the following reasons:

1. Government counsel out of town and needs time to prepare

2. The Defendant is detained and does not object to the continuance.

3. For the reasons stated above, the ends of justice would best be served by a continuance of the preliminary hearing.

…

1

4. Denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time from the filing of the criminal complaint through which the government must assert an criminal Information or seek an Indictment by the Grand Jury pursuant to the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the first request for a continuance.

DATED this 3rd day of August, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

/s/ Kathryn Newman
KATHRYN NEWMAN, AFPD
Counsel for Defendant Ordonez-Funes

/s/ Robert Knief
ROBERT KNIEF
Assistant United States Attorney

2

DAYLE ELIESON
United States Attorney
ROBERT A. KNIEF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6020
Robert.knief@usdoj.gov
*Counsel for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN ANTONIO ORDONEZ-FUNES,<br><br>Defendant. | CASE NO.: 2:18-mj-00688-GWF<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARING<br>(First Request) |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Government counsel out of town and needs time to prepare

2. The Defendant is detained and does not object to the continuance.

3. For the reasons stated above, the ends of justice would best be served by a continuance of the preliminary hearing.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time from the filing of the criminal complaint through which the government must assert an criminal

Information or seek an Indictment by the Grand Jury pursuant to the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the first request for a continuance.

For all of the above-stated reasons, the end of justice would best be served by a continuance of the preliminary hearing.

## ORDER

IT IS ORDERED that the preliminary hearing currently scheduled for August 13, 2018, at 4:00 p.m. be vacated and continued to  August 23, 2018 , at the hour of    4:00 p .m.

DATED this  7th  day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE